**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 67 WAL 2023
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
TOMA MARTIN, :
:
Petitioner :

**ORDER**

**PER CURIAM**

 **AND NOW**, this 22nd day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.